FILED
April 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0119 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BETTY ELLEN ANDERSON, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BETTY ELLEN ANDERSON__, Case No. __CR S-07-0119 LKK__, Charge __Title 18 USC § 1341__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　__  Release on Personal Recognizance

　X  Bail Posted in the Sum of $ __25,000 (co-signed)__

　　　X  Unsecured Appearance Bond

　　　__  Appearance Bond with 10% Deposit

　　　__  Appearance Bond with Surety

　　　__  Corporate Surety Bail Bond

　　　X  (Other) __Pretrial supervision and conditions__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 26, 2007__ at __4:00__ pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge