DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-119 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| BETTY ELLEN ANDERSON, et al., | ) |
| Defendants. | ) |

This matter came before the Court for a Status Conference on January 6, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by her counsel, Matthew C. Bockmon.

The current trial dates are vacated and reset as follows: Jury Trial set for May 12, 2009 at 10:30 a.m., with a Trial Confirmation Hearing set for April 21, 2009 at 9:15 a.m. before Senior Judge Lawrence K. Karlton.

Therefore, good cause appearing,

IT IS ORDERED that this matter is set for Trial Confirmation Hearing on April 21, 2009 at 9:15 a.m., and Jury Trial on May 12, 2009 at 10:30 a.m.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), and Local Code T4, the period from January 6, 2009, through and including May 12, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT