```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BETTY ELLEN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-119 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| BETTY ELLEN ANDERSON, et al., | |
| Defendants. | |
| _____ | |

This matter came before the Court for a Status Conference on May 12, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by her counsel, Matthew C. Bockmon.

Defense counsel is to provide government with defendant's medical records. A Further Status Conference was set for June 16, 2009, at 9:15 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

1    Therefore, good cause appearing,

2    IT IS ORDERED that this matter be continued to June 16, 2009, at
3  9:15 a.m. for a Further Status Conference.

4    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
5  (iv), and Local Code T4, the period from May 12, 2009, through and
6  including June 16, 2009, is excluded from the time computations
7  required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: May 15, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT