1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. Cr. S-07-0119 LKK
                                   )
13                 Plaintiff,      )  **ORDER AFTER HEARING**
                                   )
14       v.                        )
                                   )  Date:   June 16, 2009
15  BETTY ELLEN ANDERSON,          )  Time:   9:15 a.m.
                                   )  Judge:  Hon. Lawrence K. Karlton
16                                 )
                   Defendant.      )
17  _____)

18       This matter came before the Court for a Status Conference on

19  June 16, 2009, in the courtroom of the Honorable Lawrence K. Karlton,

20  Senior United States District Judge.  The government was represented by

21  its counsel, Assistant United States Attorney Matthew Stegman, and

22  defendant Betty Ellen Anderson was represented by her counsel, Matthew C.

23  Bockmon. The parties agreed that the defendant should be evaluated for

24  competency to stand trial and recommend accommodations at trial if she

25  goes to trial.

26       Therefore, good cause appearing,

27       IT IS ORDERED that this matter be continued to August 4, 2009, at

28  9:15 a.m. for a Further Status Conference.

1    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 4241(b) &
2    4247(b)(c), an examination of defendant's mental/physical competency
3    shall be conducted locally and the examiner shall file a report with the
4    Court with copies to the defense and the government.  The report shall
5    include:

6         (1) the defendant's medical history and present physical symptoms;

7         (2) a description of the psychological tests that were employed
8    and their results;

9         (3) the examiner's findings;

10        (4) the examiner's opinions as to diagnosis, prognosis;

11        (5) whether the defendant is suffering from a mental or physical
12   disease or defect rendering her mentally or physically incompetent to the
13   extent that she is unable to assist properly in her defense due to
14   physical incapacitation; and

15        (6) the report should also include any recommended accommodations
16   for the defendant to participate in a four-week trial.

17        IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)
18   (iv), and Local Code T4, the period from June 16, 2009, through and
19   including August 4, 2009, is excluded from the time computations required
20   by the Speedy Trial Act due to ongoing preparation of counsel.

21   DATED: June 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT