1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ALLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 07-0119 LKK |
| Plaintiff, | |
| v. | **REQUEST TO FILE DOCUMENT UNDER SEAL AND ORDER** |
| BETTY ELLEN ANDERSON, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

During the August 4, 2009, status conference, this Court ordered an examination of defendant's mental/physical competency be conducted locally and that the examiner file a report with the Court with copies to the defense and the government. The Court continued the status conference to September 9, 2009, at 9:15 a.m.

On August 6, 2009, defense counsel submitted the Proposed Order After Hearing in re status conference of August 4, 2009, and attached **Exhibit A** (Consent and Authorization to Release Medical and Counseling Records and Information) to be forwarded to Ms. Betty Ellen Anderson for signature.

1 | Because the Consent and Authorization form contains defendant's social security number and date of birth, defense counsel hereby requests that **Exhibit A** attached to the Proposed Order After Hearing in re status conference of August 4, 2009, be filed under seal.

DATED: August ____, 2009          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew Bockmon*
_____
MATTHEW BOCKMON
Attorney for Defendant
BETTY ELLEN ANDERSON

**IT IS SO ORDERED.**

By the Court,

Dated: August 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT