1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        ) No. Cr. S-07-0119 LKK
                                 )
         Plaintiff,              ) **ORDER AFTER HEARING**
                                 )
    v.                           )
                                 ) Date:  August 4, 2009
BETTY ELLEN ANDERSON,            ) Time:  9:15 a.m.
                                 ) Judge: Hon. Lawrence K. Karlton
                                 )
         Defendant.              )
_____)

This matter came before the Court for a Status Conference on August 4, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by Matthew C. Bockmon, Assistant Federal Defender. The parties previously agreed that the defendant should be evaluated for competency to stand trial, and recommend accommodations at trial if she goes to trial.

In order to effectuate an out-of-custody examination, the defense has agreed to defendant signing a Consent and Authorization to Release Medical and Counseling Records and Information (Exhibit A).

The Court ordered this case continued to September 9, 2009, at 9:15 a.m. for another status conference.

The Court previously ordered that, pursuant to 18 U.S.C. §§ 4241(b) & 4247(b)(c), an examination of defendant's mental/physical competency shall be conducted locally and the examiner shall file a report with the Court with copies to the defense and the government. The report shall include:

(1) the defendant's medical history and present physical symptoms;

(2) a description of the psychological tests that were employed and their results;

(3) the examiner's findings;

(4) the examiner's opinions as to diagnosis, prognosis;

(5) whether the defendant is suffering from a mental or physical disease or defect rendering her mentally or physically incompetent to the extent that she is unable to assist properly in her defense due to physical incapacitation; and

(6) the report should also include any recommended accommodations for the defendant to participate in a four-week trial.

IT IS ORDERED, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and Local Code T4, the period from August 4, 2009, through and including September 9, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

IT IS FURTHER ORDERED, excluding time for the pending motion to determine competency to stand trial.

DATED: August 10, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT