```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. Cr. S-07-0119 LKK
                                   )
13            Plaintiff,           )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE**
14       v.                        )
                                   )
15  BETTY ELLEN ANDERSON,          )  Date:  October 14, 2009
                                   )  Time:  9:15 a.m.
16            Defendant.           )  Judge: Hon. Lawrence K. Karlton
    _____    )
17
```

18       IT IS HEREBY STIPULATED AND AGREED TO between the United States of
19  America through Matthew Stegman, Assistant United States Attorney, and
20  BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon,
21  Assistant Federal Defender, that the status conference hearing date of
22  September 9, 2009, be vacated and a new status conference hearing date
23  of October 14, 2009, at 9:15 a.m., be set.

24       This continuance is requested because 1) A psychiatrist has
25  completed the Court's previously ordered evaluation and could give a
26  verbal conclusion but needs additional time to prepare a written report
27  because he is out of town until September 11, 2009.  2) The defendant
28  has not yet signed an authorization releasing medical records which the

doctor needs to review to prepare a written report. 3) Defense counsel will be out of the district from September 22, 2009, through October 7, 2009.

It is further stipulated and agreed between the parties that the period beginning September 9, 2009, through and including October 14, 2009, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

Dated: September 4, 2009    Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender


                            */s/ Matthew C. Bockmon*
                            MATTHEW C. BOCKMON
                            Assistant Federal Defender
                            Attorney for BETTY ELLEN ANDERSON

Dated: September 4, 2009    LAWRENCE G. BROWN
                            United States Attorney


                            */s/ Matthew C.Bockmon for*
                            MATTHEW STEGMAN
                            Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: September 4, 2009

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT