DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0119 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| BETTY ELLEN ANDERSON, | Date: October 14, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for Status Conference on October 14, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by Matthew C. Bockmon, Assistant Federal Defender.

A Further Status Conference re medical evaluation date of November 10, 2009, at 9:15 a.m., was set.

///

///

///

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to **Tuesday, November 10, 2009, at 9:15 a.m.,** for Further Status Conference re medical evaluation.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), Local Codes T2 and T4, the period from October 14, 2009, through and including November 10, 2009, is excluded from the time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of counsel.

DATED: October 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing -2-