```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **ORDER AFTER HEARING** |
| v. | ) |
|  | ) Date: November 10, 2009 |
| BETTY ELLEN ANDERSON, | ) Time: 9:15 a.m. |
|  | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| _____ | ) |

This matter came before the Court for Status Conference on November 10, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by Matthew C. Bockmon, Assistant Federal Defender.

A Further Status Conference date of January 12, 2010, at 9:15 a.m., was set.

///

///

///

1  Therefore, good cause appearing,

2  IT IS ORDERED that this matter be continued to **Tuesday, January 12, 2010, at 9:15 a.m.,** for Further Status Conference.

4  IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from November 10, 2009, through and including January 12, 2010, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: November 20, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT