```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
| Plaintiff, | ) **ORDER AFTER HEARING** |
| v. | ) |
| | ) Date: February 9, 2010 |
| BETTY ELLEN ANDERSON, | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on February 9, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman, and defendant Betty Ellen Anderson was represented by Matthew C. Bockmon, Assistant Federal Defender.

A Further Status Conference date of March 9, 2010, at 9:15 a.m., was set.

///

///

///

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to **Tuesday, March 9, 2010, at 9:15 a.m.,** for Further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from February 9, 2010, through and including March 9, 2010, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: March 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT