1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| BETTY ELLEN ANDERSON, | ) Date: April 27, 2010 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Matthew Stegman, Assistant United States Attorney, and BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of April 6, 2010, be vacated and a new status conference hearing date of April 27, 2010, at 9:15 a.m., be set.

This continuance is being requested because defense counsel needs additional time to review medical records, and for ongoing defense investigation and preparation.

/ / /

/ / /

It is further stipulated and agreed between the parties that the period beginning April 6, 2010, through and including April 27, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 2, 2010  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for BETTY ELLEN ANDERSON

Dated: April 2, 2010  BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C.Bockmon for*
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 2, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT