```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0119 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| BETTY ELLEN ANDERSON, | Date: May 25, 2010 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Matthew Stegman, Assistant United States Attorney, and BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of April 27, 2010, be vacated and a new status conference hearing date of May 25, 2010, at 9:15 a.m., be set.

This continuance is being requested because defense counsel needs additional time to review medical records, and for ongoing defense investigation and preparation. In addition, defense counsel and an investigator will be visiting Ms. Anderson at her new rest home on May 25, 2010.

It is further stipulated and agreed between the parties that the period beginning April 27, 2010, through and including May 25, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 23, 2010                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Matthew C. Bockmon
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for BETTY ELLEN ANDERSON


Dated: April 23, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Matthew C.Bockmon for
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: April 26, 2010

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT