```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0119 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| BETTY ELLEN ANDERSON, | Date: June 29, 2010 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Matthew Stegman, Assistant United States Attorney, and BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of May 25, 2010, be vacated and a new status conference hearing date of June 29, 2010, at 9:15 a.m., be set.

This continuance is being requested because defense counsel is still waiting to receive Ms. Anderson's medical records from Enloe Medical Center and Windsor Chico Creek and Rehabilitation, both out of Chico, California.

/ / /

It is further stipulated and agreed between the parties that the period beginning May 25, 2010, through and including June 29, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 21, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Matthew C. Bockmon
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for BETTY ELLEN ANDERSON


Dated: May 21, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Matthew C.Bockmon for
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT