1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-07-0119 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | Date: June 29, 2010 |
| BETTY ELLEN ANDERSON, ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for Status Conference on June 29, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Sean Flynn, for Matthew Stegman, and defendant Betty Ellen Anderson was represented by Matthew C. Bockmon, Assistant Federal Defender.

Defense counsel informed the Court that he has provided the government with 67 pages of medical records and anticipates that there will be a finding that defendant is mentally competent to stand trial. However, the parties will be looking at ways to physically accommodate defendant for trial.

/ / /

At that time, a Further Status Conference hearing date of July 27, 2010, at 9:15 a.m., was set.

      Therefore, good cause appearing,

      IT IS ORDERED that this matter be continued to **Tuesday, July 27, 2010, at 9:15 a.m.,** for Further Status Conference.

      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from June 29, 2010, through and including July 27, 2010, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: July 7, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT