```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  No. Cr. S-07-0119 LKK
                                    )
13              Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                    )  **STATUS CONFERENCE**
14       v.                         )
                                    )
15  BETTY ELLEN ANDERSON,           )  Date:  July 27, 2010
                                    )  Time:  9:15 a.m.
16              Defendant.          )  Judge: Hon. Lawrence K. Karlton
    _____ )
17
```

18       IT IS HEREBY STIPULATED AND AGREED TO between the United States of
19  America through Matthew Stegman, Assistant United States Attorney, and
20  BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon,
21  Assistant Federal Defender, that the status conference hearing date of
22  July 27, 2010, be vacated and a new status conference hearing date of
23  September 28, 2010, at 9:15 a.m., be set.
24       This continuance is being requested because defense counsel is
25  still waiting to receive Ms. Anderson's medical records from Enloe
26  Medical Center and Windsor Chico Creek and Rehabilitation, both out of
27  Chico, California.
28  / / /

It is further stipulated and agreed between the parties that the period beginning July 27, 2010, through and including September 28, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 23, 2010  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for BETTY ELLEN ANDERSON

Dated: July 23, 2010  BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C.Bockmon for*
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 27, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT