1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. Cr. S-07-0119 LKK
                                     )
12              Plaintiff,           )  **ORDER AFTER HEARING**
                                     )
13       v.                          )
                                     )  Date:  September 28, 2010
14  BETTY ELLEN ANDERSON,            )  Time:  9:15 a.m.
                                     )  Judge: Hon. Lawrence K. Karlton
15              Defendant.           )
                                     )
16  _____  )

17       This matter came before the Court for Status Conference on

18  September 28, 2010, in the courtroom of the Honorable Lawrence K.

19  Karlton, Senior United States District Judge. The government was

20  represented by Assistant United States Attorney Michele Beckwith, for

21  Matthew Stegman. Assistant Federal Defender Matthew C. Bockmon

22  appeared on behalf of Defendant Betty Ellen Anderson, whose waiver of

23  personal appearance is on file.

24       At that time, a Further Status Conference hearing date of Tuesday,

25  December 14, 2010, at 9:15 a.m., was set.

26  / / /

27  / / /

28  / / /

1      Therefore, good cause appearing,

2      IT IS ORDERED that this matter be continued to **Tuesday, December 14, 2010, at 9:15 a.m.,** for Further Status Conference.

4      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from September 28, 2010, through and including December 14, 2010, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: October 18, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT