```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **ORDER AFTER HEARING** |
| v. | ) |
| BETTY ELLEN ANDERSON, | ) Date: December 14, 2010<br>) Time: 9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on December 14, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant Betty Ellen Anderson, whose waiver of personal appearance is on file.

At that time, a Further Status Conference hearing date of Wednesday, January 19, 2011, at 9:15 a.m., was set and Pretrial Services was directed to inform defendant that she is ordered to personally appear at the next hearing.

/ / /

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to **Wednesday, January 19, 2011, at 9:15 a.m.,** for Further Status Conference. Pretrial Services is directed to inform defendant that she is to personally appear at the next hearing.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from December 14, 2010, through and including January 19, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: December 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT