1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **ORDER AFTER HEARING** |
| v. | ) |
| | ) Date: January 19, 2011 |
| BETTY ELLEN ANDERSON, | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on January 19, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman. Assistant Federal Defender Courtney Fein, for Matthew C. Bockmon, appeared on behalf of Defendant Betty Ellen Anderson.

The matter was previously before this court for Status Conference on December 14, 2010. At that time, a Further Status Conference hearing date of Wednesday, January 19, 2011, at 9:15 a.m., was set and Pretrial Services was directed to inform defendant that she must personally appear at the next status hearing. As no appearance by defendant, prior to the issuance of a warrant for defendant's arrest,

defense counsel was ordered to obtain a formal report from defendant's doctor.

A Further Status Conference date of Tuesday, February 1, 2011, at 9:15 a.m., was set.

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to **Tuesday, February 1, 2011, at 9:15 a.m.**, for Further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, the period from January 19, 2011, through and including February 1, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: January 27, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                          -2-