DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>BETTY ELLEN ANDERSON,<br><br>           Defendant. | No. Cr. S-07-0119 LKK<br><br>**ORDER AFTER HEARING**<br><br><br>Date: February 1, 2011<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on February 1, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant Betty Ellen Anderson.

Counsel for the defendant submitted a written statement from Mark Warren Light, M.D. (scanned herewith as Attachment A) dated January 11, 2011, stating defendant "PT CANNOT TOLERATE SITTING IN (1) POSITION FOR MORE THAN (1) HR." Counsel for the defendant stated defendant is in the same condition as described in Janak Mehtani, M.D.'s report dated September 2, 2010.

1     The parties agreed to continue the matter for further status on
2 April 5, 2011, for another evaluation by Dr. Mehtani or any other
3 medical doctor.
4     A Further Status Conference date of Tuesday, April 5, 2011, at
5 9:15 a.m. was set.
6     Therefore, good cause appearing,
7     IT IS ORDERED that this matter be continued to **Tuesday, April 5,**
8 **2011, at 9:15 a.m.,** for Further Status Conference.
9     IT IS ALSO ORDERED pursuant to 18 U.S.C. §§ 3161(h)(1)(A)and
10 3161(h)(7)(B)(iv), Local Codes A and T4, that the period of delay from
11 February 1, 2011, through and including April 5, 2011, be excluded in
12 computing the time within which the trial must commence for delay
13 resulting from proceeding and examination to determine the "physical
14 capacity of the defendant" and reasonable time for defense counsel to
15 prepare.

DATED: February 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing -2-