1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-07-0119 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | Date: April 5, 2011 |
| BETTY ELLEN ANDERSON, ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on April 5, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Matthew Stegman. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant BETTY ELLEN ANDERSON, whose waiver of appearance is on file.

At that time, a Further Status Conference hearing date of Tuesday, June 7, 2011, at 9:15 a.m., was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, from April 5, 2011, through and including June 7, 2011, for ongoing preparation of counsel.

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to **Tuesday, June 7, 2011, at 9:15 a.m.,** for Further Status Conference.

IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, that the period of delay from April 5, 2011, through and including June 7, 2011, be excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT