```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BETTY ELLEN ANDERSON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. Cr. S-07-0119 LKK
                                )
12           Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                ) STATUS CONFERENCE AND TO EXCLUDE
13      v.                      ) TIME
                                )
14 BETTY ELLEN ANDERSON,        ) Date: June 28, 2011
                                ) Time: 9:15 a.m.
15           Defendant.         ) Judge: Hon. Lawrence K. Karlton
   _____)
16
```

17    IT IS HEREBY STIPULATED AND AGREED TO between the United States of
18 America through Matthew Stegman, Assistant United States Attorney, and
19 BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon,
20 Assistant Federal Defender, that the status conference hearing date of
21 June 7, 2011, be vacated and a new status conference hearing date of
22 **Tuesday, June 28, 2011, at 9:15 a.m.**, be set.

23    This continuance is being requested because additional time is
24 needed for defense preparation and meetings between the parties with the
25 goal being to resolve the case by way of a disposition

26 / / /

27 / / /

28 / / /

It is further stipulated and agreed between the parties that the time period beginning June 7, 2011, through and including June 28, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 22, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bocmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for BETTY ELLEN ANDERSON

Dated: April 22, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C.Bockmon for*
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 25, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT