```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) No. Cr. S-07-0119 LKK
                                  )
12            Plaintiff,          ) **STIPULATION AND ORDER TO CONTINUE**
                                  ) **STATUS CONFERENCE AND TO EXCLUDE**
13       v.                       ) **TIME**
                                  )
14  BETTY ELLEN ANDERSON,         ) Date:  August 30, 2011
                                  ) Time:  9:15 a.m.
15            Defendant.          ) Judge: Hon. Lawrence K. Karlton
    _____ )
16
```

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States of
18  America through Matthew Stegman, Assistant United States Attorney, and
19  BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon,
20  Assistant Federal Defender, that the status conference hearing date of
21  June 28, 2011, be vacated and a new status conference hearing date of
22  **Tuesday, August 30, 2011, at 9:15 a.m.**, be set.

23       This continuance is being requested because additional time is
24  needed for the government's examining physician to prepare a written
25  report following his recent re examination of Ms. Anderson regarding
26  physical competence to attend trial. In addition, the doctor also needs
27  to review and incorporate recent hospitalization records into his report.
28  / / /

1    It is further stipulated and agreed between the parties that the
2    time period beginning June 28, 2011, through and including August 30,
3    2011, should be excluded in computing the time within which trial must
4    commence under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(ii)
5    and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable
6    time for defense counsel to prepare and continuity of defense counsel].
7    Dated: June 23, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bocmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for BETTY ELLEN ANDERSON

Dated: June 23, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Matthew C.Bockmon for*
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

**O R D E R**

For the reasons stated above, the status conference in this case, currently set for June 28, 2011, is continued to August 30, 2011; and the time beginning June 28, 2011, and extending through August 30, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT