BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR. S-07-119 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: CONTINUANCE OF |
| v. | ) | STATUS HEARING |
| | ) | |
| BETTY ELLEN ANDERSON, | ) | |
| | ) | Date: January 24, 2012 |
| Defendant. | ) | Time: 09:15 a.m. |
| | ) | Hon. Lawrence K. Karlton |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and Betty Anderson, by and through her counsel, Matthew Bockmon, Esq., that the status hearing currently set for January 24, 2012, be vacated and reset for February 28, 2012 at 09:15 a.m.

Betty Anderson has not been medically reevaluated by the defense due to her being hospitalized in the intensive care unit. In addition, the government is requesting a continuance in order to

seek the appropriate resolution in this case. The government and the defendant request that time be excluded under local code T4, as the ends of justice served by the granting this continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 United States Code, Section 3161(h)(7)(A).

DATED: JANUARY 23, 2012         BENJAMIN WAGNER
                                United States Attorney


                            By:/s/ Michelle A. Prince
                               Michelle A. Prince
                               Assistant U.S. Attorney


                               /s/ Michelle A. Prince for
                               MATTHEW BOCKMAN, ESQ.
                               Attorney for Defendant


**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on January 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 24, 2012, be vacated and that the case be set for **Tuesday, February 28, 2012, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 28, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

IT IS SO ORDERED.

Dated: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT